UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

April 22, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **NM** _____
DEPUTY

| | |
|---|---|
| AVERY B. CRAWFORD, §<br>TDCJ No. 02214933, §<br> §<br> Petitioner, §<br> §<br>v. §<br> §<br>BOBBY LUMPKIN, Director, §<br>Texas Department of Criminal Justice, §<br>Correctional Institutions Division, §<br> §<br> Respondent. § | CIVIL NO. SA-22-CA-0158-OLG |

## JUDGMENT

The Court has considered the Judgment to be entered in the above-styled and numbered cause.

Pursuant to this Court's Memorandum Opinion and Order of even date herewith, **IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** that Petitioner Avery B. Crawford's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1) is **DISMISSED WITH PREJUDICE.** All pending motions, if any, are **DENIED**, and no Certificate of Appealability shall issue in this case. This case is now **CLOSED.**

It is so **ORDERED.**

SIGNED this the _____ day of April, 2024.

_____
ORLANDO L. GARCIA
United States District Judge