

# United States Court of Appeals
## for the Fifth Circuit

**A True Copy**
Certified order issued Aug 05, 2024

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 24-50371

United States Court of Appeals
Fifth Circuit
**FILED**
August 5, 2024
Lyle W. Cayce
Clerk

AVERY B. CRAWFORD,

*Petitioner—Appellant,*

versus

BOBBY LUMPKIN, *Director, Texas Department of Criminal Justice, Correctional Institutions Division,*

*Respondent—Appellee.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:22-CV-158-OLG

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of August 5, 2024, for want of prosecution. The appellant failed to timely pay the fee.

No. 24-50371

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Casey A. Sullivan, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT